DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO RANGEL**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D17-3609

[February 22, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2013-CF-009706-AXXX-MB.

Ricardo Rangel, Bristol, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***